IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| HOTSET AMERICA CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 624-026 |
| HUSKY INJECTION MOLDING SYSTEMS, LTD., | * | |
| Defendant. | * | |

## O R D E R

Before the Court is Plaintiff's stipulation of dismissal with prejudice. (Doc. 26.) This motion was filed prior to the Defendant serving an answer or a motion for summary judgment. See PTA-FLA, Inc. v. ZTE USA, Inc., 844 F.3d 1299, 1307 (11th Cir. 2016) (affirming that a motion to stay the case and compel arbitration does not preclude dismissal under Federal Rule of Civil Procedure 41) (citation omitted). Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA